**No. 66645.**—George Cohen Textile Fibres, Inc., and W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protest 61/7858 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk noils, not over 2 inches in length, and that said merchandise is silk waste and not silk, partially manufactured, the claim of the plaintiffs was sustained.

**No. 66646.**—Langfelder, Homma & Carroll, Inc., by Frank P. Dow Co., Inc., of L.A. *v.* United States, protest 61/6341 (Los Angeles).

Opinion by FORD, J. An examination of the official papers showing that the protest was not filed within the time prescribed by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE THIRD DIVISION, APRIL 2, 1962

**No. 66647.**—Schmidt, Pritchard & Co., Inc. *v.* United States, protest 60/27700 (New York).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as 746 cartons of boneless cow meat, is similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 66648.**—J. L. Wood et al. *v.* United States, protests 61/2542, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiffs was sustained.